No. 43. HERNÁNDEZ ET AL. *v.* JUDGE OF THE DISTRICT COURT OF MAYAGÜEZ.—Application for a writ of *certiorari.* Decided March 26, 1908. Withdrawn. *Messrs. Francisco Ramírez de Arellano* and *José Martínez Dávila* for petitioners.

No. 269. REYES *v.* LANZA.—Appeal from the District Court of Humacao. Motion to dismiss the appeal Decided March 31, 1908. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and section 50 of the Rules of the Supreme Court. *Messrs. Vías Ochoteco* and *Enrique López Díaz* for appellant. *Mr. López Landrón* for respondent.

No. 255. AYOROA *v.* BENÍTEZ.—Appeal from the District Court of Aguadilla. Motion to dismiss the appeal because the transcript of the record was presented out of time. Decided April 6, 1908. Motion overruled. *Mr. Vázquez* for appellant. *Mr. Méndez Vaz* for the adverse party.

No. 22. EX PARTE COTTO ET AL.—Application for a writ of *habeas corpus.* Decided April 6, 1908. Referred to the Judge of the District Court of Humacao for decision. Petitioners *per se* for petitioners.

No. 23. EX PARTE AYBAR.—Application for a writ of *habeas corpus.* Decided April 6, 1908. Application referred to the Judge of the District Court of Mayagüez for decision of the case. *Mr. Hernández López* for petitioner.

No. 252. FERRER *v.* THE PEOPLE.—Appeal from the Dis-

trict Court of Ponce. Motion to dismiss the appeal and to eliminate the statement of the case. Decided April 24, 1908. Motion to dismiss overruled and to eliminate allowed. *Mr. Rossy, fiscal,* for The People. *Mr. Boerman* for appellant.

---

No. 225. Antongiorgi *v.* Antongiorgi.—Appeal from the District Court of Ponce. Motion to reinstate this case in the Registry of the Court. Decided April 27, 1908. Motion overruled. *Messrs. José Tous Soto* and *Méndez Vaz* for petitioner.

---

No. 267. Saldaña *v.* Municipal Council of San Juan.—Appeal from the District Court of San Juan. Motion to dismiss the appeal because the writ of injunction appealed from is not appealable. Decided May 4, 1908. Motion overruled. *Mr. Hernández López* for petitioner. *Mr. Alvarez Nava* for adverse party.

---

No. 269. Reyes *v.* Lanza.—Appeal from the District Court of Humacao. Motion to appeal to the Supreme Court of the United States. Decided May 8, 1908. Appeal refused because the amount involved does not appear in the record. *Mr. Lasalle* for petitioner.

---

No 24. Ex Parte Archinard.—Application for a writ of *habeas corpus.* Decided May 12, 1908. Application referred to the Judge of the District Court of Mayagüez for decision. *Mr. Méndez Vaz* for petitioner.

---

No. 280. Cuevas *v.* Suau.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided May